**Ronald G. LIPTON, Petitioner–Appellant,**

v.

**Victoria CASEY, Director, Orange County Department of Probation, Respondent–Appellee.**

No. 02–2661.

United States Court of Appeals, Second Circuit.

Oct. 22, 2003.

Jillian S. Harrington (Barry M. Fallick), Rochman Platzer Fallick Sternheim Luca & Pearl, LLP, New York, NY, for Appellant, of counsel.

Andrew R. Kass, Assistant District Attorney (Francis D. Phillips, II, District Attorney of Orange County), Office of the District Attorney of Orange County, Goshen, NY, for Appellee, of counsel.

PRESENT: McLAUGHLIN, CABRANES and SACK, Circuit Judges.

## SUMMARY ORDER

We have considered all of petitioner's arguments and have found each of them to be without merit. We affirm for substantially the reasons set forth in the District Court's Memorandum and Order dated September 23, 2002.

\*    \*    \*    \*    \*    \*

Accordingly, the judgment of the District Court is hereby AFFIRMED.